ANNA B. HEMLEY, Respondent, v. WILLIAM HEMLEY, Appellant.— On argument, order modified so as to provide that the amount of alimony be reduced to thirty-five dollars a week, and as so modified affirmed, without costs. Appeal from order denying defendant's motion for reargument of motion for alimony and counsel fees dismissed. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur. [See *ante*, p. 751.]